## 58781. TOLAR CONSTRUCTION COMPANY et al. v. GAF CORPORATION et al.

SOGNIER, Judge.
The judgment of this court in the above-styled case was reversed by the Supreme Court of Georgia, 246 Ga. 411 (1980). Accordingly, our opinion in *Tolar Const. Co. v. GAF Corp.,* 154 Ga. App. 127 (267 SE2d 635) (1980) is vacated, and the judgment of the trial court is affirmed.

*Judgment affirmed. Deen, C. J., and Birdsong, J., concur.*

ARGUED OCTOBER 30, 1979 — DECIDED NOVEMBER 5, 1980.

*J. Bruce Welch, Ben Kingree, John O. Moore,* for appellants.
*John A. Chandler, Jack H. Senterfitt, Samuel N. Werbin,* for appellees.